IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Spruill, Joyce | Case Number: 04 B 19759 |
| | Judge: Hollis, Pamela S |
| Printed: 4/8/08 | Filed: 5/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: July 19, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,138.96 | |
| Secured: | | 6,997.76 |
| Unsecured: | | 1,540.97 |
| Priority: | | 0.00 |
| Administrative: | | 2,970.50 |
| Trustee Fee: | | 629.73 |
| Other Funds: | | 0.00 |
| Totals: | 12,138.96 | 12,138.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,970.50 | 2,970.50 |
| 2. | HSBC Auto Finance | Secured | 6,997.76 | 6,997.76 |
| 3. | HSBC Auto Finance | Unsecured | 404.77 | 611.47 |
| 4. | Commonwealth Edison | Unsecured | 172.47 | 260.58 |
| 5. | Educational Credit Management Corp | Unsecured | 442.83 | 668.92 |
| 6. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 7. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 8. | Barnes Auto Finance | Unsecured | | No Claim Filed |
| 9. | Chicago Acceptance Company | Unsecured | | No Claim Filed |
| 10. | CB USA | Unsecured | | No Claim Filed |
| 11. | ICS | Unsecured | | No Claim Filed |
| 12. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 13. | Critical Care | Unsecured | | No Claim Filed |
| 14. | Emergency Care Physician | Unsecured | | No Claim Filed |
| 15. | ShoreBank | Unsecured | | No Claim Filed |
| 16. | Michael Reese Hospital | Unsecured | | No Claim Filed |
| 17. | Stephen Steiner | Unsecured | | No Claim Filed |
| 18. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 10,988.33 | $ 11,509.23 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 41.65 |
| 6.5% | 187.49 |
| 3% | 15.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Spruill, Joyce

Printed: 4/8/08

Case Number: 04 B 19759
Judge: Hollis, Pamela S
Filed: 5/20/04

|  |  |
|---|---|
| 5.5% | 180.59 |
| 5% | 60.48 |
| 4.8% | 59.29 |
| 5.4% | 84.68 |
|  | _____ |
|  | $ 629.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

